IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **H-W Technology, L.C.,**<br><br>    Plaintiff,<br>**v.**<br><br>**Apple Inc., et al.**<br><br>    Defendants. | **CIVIL ACTION NO. 3:11-cv-00651-G**<br><br>**Judge A. Joe Fish Presiding**<br><br><br><br>**JURY TRIAL DEMANDED** |

**JOINT SUPPLEMENTAL STATUS REPORT
REGARDING CONTENTS OF SCHEDULING ORDER**

On August 29, 2011 the Parties filed a Joint Status Report Regarding Contents of Scheduling Order ("Report"). The Parties hereby file this Supplemental Joint Status Report to amend Sections II.2 and II.3. of the Report and amend the corresponding due date in the proposed schedule provided as Exhibit A to the Report for submission of a Proposed Protective Order and Proposed Electronic Discovery Plan. The parties jointly propose September 30, 2011 as the new due date.

          Respectfully Submitted,

Dated: September 23, 2011      **H-W TECHNOLOGY, L.C.**

/s/ *Winston O. Huff*

Winston O. Huff, Attorney in Charge
State Bar No. 24068745
Arthur I. Navarro
State Bar No. 00792013
Navarro Huff, PLLC
302 N. Market, Suite 450
Dallas, TX 75202
214.749.1220 (Firm)
214.749.1233 (Fax)
whuff@navarrohuff.com
art@navarrohuff.com

ATTORNEYS FOR PLAINTIFF
H-W TECHNOLOGY, L.C.

| | |
|---|---|
| */s/ M. Craig Tyler* | */s/ Thomas B. Walsh, IV* |
| M. Craig Tyler, State Bar No. 00794762 | Thomas B. Walsh, IV |
| ctyler@wsgr.com | txw@fr.com |
| WILSON SONSINI GOODRICH & ROSATI | Texas State Bar No. 00785173 |
| 900 South Capital of Texas Highway | Kelly D. Hine |
| Las Cimas IV, Fifth Floor | Texas State Bar No. 24002290 |
| Austin, Texas 78746-5546 | hine@fr.com |
| Telephone: 512-338-5400 | FISH & RICHARDSON P.C. |
| Facsimile: 512-338-5499 | Bank One Center |
| | 1717 Main St |
| Stefani E. Shanberg, State Bar No. 24009955 | Suite 5000 |
| sshanberg@wsgr.com | Dallas, TX 75201 |
| Robin L. Brewer, *pro hac vice* | Tel: (214) 747-5070 |
| rbrewer@wsgr.com | Fax: (214) 747-2091 |
| WILSON SONSINI GOODRICH & ROSATI | |
| Professional Corporation | Jeffrey E. Ostrow (admitted *pro hac vice*) |
| 650 Page Mill Road | jostrow@stblaw.com |
| Palo Alto, California 94304 | SIMPSON THACHER & BARTLETT LLP |
| Telephone: 650-493-9300 | 2550 Hanover Street |
| Facsimile: 650-493-6811 | Palo Alto, CA 94304 |
| | Tel: (650) 251-5000 |
| **ATTORNEYS FOR DEFENDANT** | Fax: (650) 251-5002 |
| **GOOGLE INC.** | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **APPLE INC.** |

**JOINT SUPPLEMENTAL STATUS REPORT**

| | |
|---|---|
| */s/ Neil J. McNabnay*<br>Neil J. McNabnay<br>njm@fr.com<br>Texas Bar No. 24002583<br>David B. Conrad<br>dbc@fr.com<br>Texas Bar No. 24049042<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091<br><br>**ATTORNEYS FOR DEFENDANT**<br>**ORBITZ WORLDWIDE, INC.** | */s/ John H. McDowell, Jr.*<br>John H. McDowell, Jr.<br>Texas State Bar No. 13570825<br>Email: johnmcdowell@andrewskurth.com<br>Benjamin J. Setnick<br>Texas State Bar No. 24058820<br>Email: bensetnick@andrewskurth.com<br>ANDREWS KURTH LLP<br>1717 Main Street, Suite 3700<br>Dallas, Texas 75201<br>Telephone: 214-659-4400<br>Facsimile: 214-915-1434<br><br>**ATTORNEYS FOR DEFENDANT**<br>**SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.** |
| */s/ Jerry R. Selinger*<br>Jerry R. Selinger<br>jselinger@pattersonsheridan.com<br>State Bar No. 18008250<br>Susan E. Powley<br>spowley@pattersonsheridan.com<br>State Bar No, 00784785<br>PATTERSON & SHERIDAN, LLP<br>1700 Pacific Ave., Suite 2650<br>Dallas, Texas 75201<br>(214) 272-0957 (Telephone)<br>(214) 296-0246 (Facsimile)<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**HTC CORPORATION AND HTC AMERICA, INC.** | */s/ Daniel T. Conrad*<br>Daniel T. Conrad (Texas SB No. 24026608)<br>dtconrad@jonesday.com<br>Daniel T. O'Brien (Texas SB No. 24065832)<br>dtobrien@jonesday.com<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201-1515<br>Telephone: 214.969.2963<br>Facsimile: 214.969.5100<br><br>David M. Maiorana (admitted *pro hac vice*)<br>dmaiorana@jonesday.com<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: 216.586.3939<br>Facsimile: 216.579.0212<br><br>Jose L. Patiño (admitted *pro hac vice*)<br>jlpatino@jonesday.com<br>Nicola A. Pisano (*pro hac vice* forthcoming)<br>napisano@jonesday.com<br>12265 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>Telephone: 858.314.1200<br>Facsimile: 858.314.1150<br><br>**ATTORNEYS FOR DEFENDANT**<br>**KYOCERA COMMUNICATIONS, INC.** |

**JOINT SUPPLEMENTAL STATUS REPORT**

| | |
|---|---|
| */s/ Dan D. Davison*<br>Dan D. Davison (Texas Bar No. 05590900)<br>ddavison@fulbright.com<br>Attorney-in-Charge<br>Brandy S. Nolan (Texas Bar No. 24070337)<br>bnolan@fulbright.com<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel:   (214) 855-8000<br>Fax:   (214) 855-8200<br><br>Richard S. Zembek (Texas Bar No. 00797726)<br>rzembek@fulbright.com<br>George W. Jordan III (Texas Bar No. 00796850)<br>gjordan@fulbright.com<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel:   (713) 651-5151<br>Fax:   (713) 651-5246<br><br>**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC.; AMAZON PAYMENTS, INC.; PRICELINE.COM, INC.; KAYAK SOFTWARE CORPORATION; EBAY, INC.; HOTELS.COM, L.P.; AND EXPEDIA, INC.** | */s/ Thomas M. Farrell*<br>Thomas M. Farrell<br>Texas Bar No. 06839250<br>MCGUIREWOODS LLP<br>JPMorgan Chase Tower<br>600 Travis Street<br>Houston, TX 77002<br>Telephone: (713) 353-6677<br>Facsimile: (832) 214-9933<br>tfarrell@mcguirewoods.com<br><br>Brian C. Riopelle (admitted *pro hac vice*)<br>David E. Finkelson (admitted *pro hac vice*)<br>Derek H. Swanson (admitted *pro hac vice*)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>Telephone: (804) 775-1000<br>Facsimile: (804) 775-1061<br>briopelle@mcguirewoods.com<br>dfinkelson@mcguirewoods.com<br>dswanson@mcguirewoods.com<br><br>**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS** |

<div style="display: flex;">

<div>

*Of Counsel*

Michael J. Barta
District of Columbia Bar No. 431663
michael.barta@bakerbotts.com
R. Paul Zeineddin
District of Columbia Bar No. 474734
paul.zeineddin@bakerbotts.com
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890 Facsimile

Neil P. Sirota
New York Bar No. 2562155
neil.sirota@bakerbotts.com
Robert L. Maier
New York Bar No. 4123246
robert.maier@bakerbotts.com
Chang Sik (Charles) Kim
New York Bar No. 4213021
changsik.kim@bakerbotts.com
Yong Chen
New York Bar No. 4581880
yong.chen@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

</div>

<div>

   */s/ David G. Wille*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

David G. Wille
Texas State Bar No. 00785250
david.wille@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC., AND SAMSUNG
TELECOMMUNICATIONS AMERICA LLC**

</div>

</div>

| | |
|---|---|
| */s/ John R. Keville* | */s/ Herbert J. Hammond* |
| WILLIAM A. MUNCK | Herbert J. Hammond |
| Texas State Bar No. 00786127 | State Bar No. 08858500 |
| wmunck@munckcarter.com | Herbert.Hammond@tklaw.com |
| E. LEON CARTER | Vishal Patel |
| Texas State Bar No. 03914300 | State Bar No. 24065885 |
| lcarter@munckcarter.com | Vishal.Patel@tkalw.com |
| JAMIL N. ALIBHAI | |
| Texas State Bar No. 00793248 | THOMPSON & KNIGHT LLP |
| jalibhai@munckcarter.com | One Arts Plaza |
| JANE ANN R. NEISWENDER | 1722 Routh St., Suite 1500 |
| Texas State Bar No. 24048312 | Dallas, Texas 75201 |
| jneiswender@munckcarter.com | 214.969.1700 |
| MUNCK CARTER, LLP | 214.969.1751 (Fax) |
| 12770 Coit Road, Ste. 600 | |
| Dallas, Texas 75251 | **ATTORNEYS FOR DEFENDANT** |
| (972) 628-3600 Telephone | **BUY.COM, INC.** |
| (972) 628-3616 Facsimile | |

JOHN R. KEVILLE
Texas Bar No. 00794085
jkeville@winston.com
MICHAEL J. FORBES (*Pro Hac Vice*)
Texas Bar No. 24074217
mforbes@winston.com
WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

**ATTORNEYS FOR DEFENDANT**
**MOTOROLA MOBILITY, INC.**

<div style="display: flex;">
<div>

*/s/ Thomas N. Tarnay*
Thomas N. Tarnay
ttarnay@sidley.com
Texas Bar No. 24003032
SIDLEY AUSTIN LLP
717 N. Harwood
Suite 3400
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400


**ATTORNEY FOR DEFENDANT
MICROSOFT CORPORATION**

</div>
<div>

*/s/ John R. Emerson*
John R. Emerson
Texas Bar No. 24002053
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673
Tel: (214) 651-5000
Fax: (214) 651-5940

Dominic E. Massa (admitted *pro hac vice*)
Dominic.Massa@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Craig E. Davis (admitted *pro hac vice*)
Craig.Davis@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100


**ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIM-PLAINTIFFS
RESEARCH IN MOTION CORPORATION
AND RESEARCH IN MOTION LIMITED**

</div>
</div>

   */s/ Robert F. Perry*
Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Stacey G. White (TX Bar No. 24053220)
stacey.white@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue
Dallas, TX 75201
Phone: 214-922-3400
Fax: 214-922-3899

Robert F. Perry (*pro hac vice*)
rperry@kslaw.com
Allison H. Altersohn (*pro hac vice*)
aaltersohn@kslaw.com
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036
Phone: 212-556-2100
Fax: 212-556-2222

**ATTORNEY FOR DEFENDANTS
NOKIA CORP. AND NOKIA INC.**