UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| H-W TECHNOLOGY, L.C., | CIVIL ACTION NO. 3:11-cv-00651-G |
| Plaintiff, | |
| v. | **ORAL HEARING REQUESTED** |
| APPLE INC., ET AL., | |
| Defendants. | **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT APPLE INC.'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Upon consideration of Defendant Apple Inc.'s Motion for Leave to File Supplemental Authority, the Motion is GRANTED. Apple may file the Supplemental Appendix submitted as an exhibit to its Motion for Leave.

Dated:_____, 2012          _____

                                                                Irma C. Ramirez
                                                                United States Magistrate Judge