**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **H-W TECHNOLOGY, L.C.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-651-G** |
| | § | |
| **APPLE, INC., et al.,** | § | |
| **Defendants.** | § | **Pretrial Management** |

## ORDER

Pursuant to Special Order No. 3-251, this case has been automatically referred for pretrial management, including the determination of non-dispositive motions and issuance of findings of fact and recommendations on dispositive motions. Before the Court is the *Defendant Apple Inc.'s Motion for Leave to File Supplemental Authority*, filed May 14, 2012 (doc. 355).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Monday, June 4, 2012**. Movants may file a reply no later than **Monday, June 18, 2012**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 15th day of May, 2012.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1]Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.