UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| H-W TECHNOLOGY, L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-0651-G |
| APPLE INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

The agreed motion to dismiss with prejudice of plaintiff and defendant Cellco Partnership d/b/a Verizon Wireless (docket entry 357) is **GRANTED**.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that all claims and counterclaims asserted in this suit between plaintiff and Cellco Partnership d/b/a Verizon Wireless are hereby **DISMISSED** with prejudice.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

May 16, 2012.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**