UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| H-W TECHNOLOGY, L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-0651-G (BH) |
| APPLE, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge on defendant Apple Inc.'s motion to dismiss Apple under F.R. Civ. P. 21 for misjoinder or, in the alternative, to sever and transfer claims against Apple and memorandum in support, filed December 13, 2011 (docket entry 281), are correct and they are accepted as the findings and conclusions of the court.

Accordingly, defendant Apple's motion to dismiss is **DENIED**, and its alternative motion to sever and transfer is **GRANTED**. The clerk of the court is directed to sever the complaint against Apple, assign it a new case number, and transfer it to the Northern District of California.

**SO ORDERED**.

July 27, 2012.

                                                                               **A. JOE FISH**
                                                                               **Senior United States District Judge**